UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

*COR CLEARING*

                                        Plaintiff,

            -against-

*FIRST STANDARD*
*FINANCIAL CO.*                         Defendant.
-------------------------------------------------------

Case No. 1:17-CV-02190 (PAE)

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]   I have cases pending          [ ]   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Paul A. Lieberman
FILL IN ATTORNEY NAME

My SDNY Bar Number is: *4352111*     My State Bar Number is 5252721

I am,

[✓]   An attorney
[ ]   A Government Agency attorney
[ ]   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME:  Warshaw Burstein
              FIRM ADDRESS:  555 5th Ave
              FIRM TELEPHONE NUMBER: 866 359 7425
              FIRM FAX NUMBER:  212 972 9150

NEW FIRM:     FIRM NAME:  Scarinci Hollenbeck LLP
              FIRM ADDRESS:  3 Park Avenue 15th floor
              FIRM TELEPHONE NUMBER:  212 286 0747
              FIRM FAX NUMBER:  212 808 4155

[✓]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
      was entered on _____ by Judge _____.

Dated: March 5, 2018

ATTORNEY'S SIGNATURE