UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

COR CLEARING                     Plaintiff,           Case No. 1:17-CV-02190 (PAE)

-against-

FIRST STANDARD
FINANCIAL CO.                    Defendant.
-----------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Paul A. Lieberman
FILL IN ATTORNEY NAME

My SDNY Bar Number is: 4352111     My State Bar Number is 5252721

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Warshaw Burstein
            FIRM ADDRESS: 555 5th Ave
            FIRM TELEPHONE NUMBER: 866 359 7425
            FIRM FAX NUMBER: 212 972 9150

NEW FIRM:   FIRM NAME: Scarinci Hollenbeck LLP
            FIRM ADDRESS: 3 Park Avenue 15th floor
            FIRM TELEPHONE NUMBER: 212 286 0747
            FIRM FAX NUMBER: 212 808 4155

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: March 5, 2018

_____
ATTORNEY'S SIGNATURE