# SCARINCI | HOLLENBECK
## ATTORNEYS AT LAW

New Jersey

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2018

**PAUL A. LIEBERMAN, ESQ.** | Partner
plieberman@sh-law.com
P: 732-568-8366 | F: 732-695-8108

March 5, 2018

**Via ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court for the Southern District of NY
Thurgood Marshall United States Court
40 Foley Square – Court Room 1305
New York, NY 10007

Re: COR Clearing, LLC v. First Standard Financial Co., LLC
Case No. 17CIV02190 (PAE)

Dear Judge Engelmayer:

As counsel for defendant First Standard Financial Company, LLC ("First Standard" or "Defendant"), we write with the consent of counsel for plaintiff COR Clearing, LLC to request that the Court accept the parties' consent to extend the fact witness deposition deadline (currently set for March 30, 2018) to coincide with, and run in parallel with, the expert witness discovery time line on May 14, 2018. Counsel for the parties are coordinating on the disclosure of each other's fact witnesses to be deposed and order of depositions. We currently anticipated only two (2) or three (3) expert witnesses.

This reasonable extension request is required due to the delays encountered in receiving responses to subpoena request from a non-party FINRA. The information sought by subpoena is relevant to the issues involved in this matter. The parties have sent a follow-up demand letter to FINRA including a demand that the non-privileged material be produced within 5 business days of their receipt of our letter.

The parties are available at the Court's convenience should there be any questions or issues which the Court believes that it is necessary to address in this regard.

Respectfully submitted,
SCARINCI & HOLLENBECK, LLC                              ANDERSON KILL PC

By: s/                                                   By: s/
Paul A. Lieberman                                          Christian V. Cangiano
3 Park Avenue, 15th Fl.                                    1251 Avenue of the Americas
New York, NY 10016                                         New York, NY 10020
Telephone: 212-286-0747                                    Telephone: 212-278-1172
Facsimile: 212-808-4155                                    Facsimile: 212-278-1733

3/5/18

Granted. The fact discovery deadline is extended to May 14, 2018. The case management conference currently scheduled for May 4, 2018 is rescheduled for June 19, 2018 at 11 a.m.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge