```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

COR CLEARING, LLC,

                                   Plaintiff,

                  -v-

FIRST STANDARD FINANCIAL CO., LLC,

                                   Defendant.

------------------------------------------------------------------- X

17 Civ. 2190 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The Court has received plaintiff's letter motion regarding outstanding discovery issues, *see* Dkt. 32, as well as defendant's letter response, *see* Dkt. 33.

    The Court hereby extends the expert discovery deadline to July 13, 2018. This will give defendant's expert witness 30 days from the close of fact discovery to prepare an expert report, and plaintiff's rebuttal expert 30 days to prepare a rebuttal. The case management conference currently scheduled for June 19, 2018 is adjourned to August 20, 2018 at 11 a.m.

    The parties are directed to set mutually convenient deposition schedules for each side's witnesses. By Thursday, April 19, 2018, the parties shall submit a joint letter via ECF confirming that such schedules have been set. To that end, defense counsel are reminded of their obligation to maintain open lines of communication with plaintiff's counsel.

    SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        Paul A. Engelmayer
                                                         United States District Judge

Dated: April 12, 2018
         New York, New York