# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

Christian V. Cangiano, Esq.
ccangiano@andersonkill.com
212-278-1174

**VIA ECF**　　　　　　　　　　　　　　　　　　　　　　　April 17, 2018

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court for the Southern District of NY
Thurgood Marshall United States Court
40 Foley Square - Court Room 1305
New York, NY  10007

　　　　　Re:　COR Clearing, LLC v. First Standard Financial Co., LLC
　　　　　　　　Case No.: 17 CIV. 02190 (PAE)

Dear Judge Engelmayer:

　　　　We are counsel for Plaintiff COR Clearing Corporation ("COR") and we write jointly with counsel for Defendant First Standard Financial Co., LLC ("First Standard") pursuant to the Court's April 12, 2018 Order (Dkt. #34) to confirm that we have collectively scheduled depositions in this matter.  We also write to request that the Court grant a further small extension of the fact witness deposition deadline from May 14, 2018 to May 23, 2018.  The parties request this brief extension due to conflicts with the trial schedule of counsel for First Standard, as well as other scheduling conflicts involving the Plaintiff's witnesses, which prevent the completion of fact witness depositions by May 14, 2018.

　　　　Counsel for the parties have agreed to the following deposition schedule in order to meet the proposed deadline:

| Deponents | Dates | Location |
|---|---|---|
| Carmine Berardi | April 23, 2018 | Anderson Kill's New York office |
| Jonathan McCormack | April 24, 2018 | Anderson Kill's New York office |
| Andrew B. Dorman | April 25 and April 26, 2018 (if necessary) | Anderson Kill's New York office |
| Timothy Feil | April 25 and April 26, 2018 (if necessary) | Anderson Kill's New York office |
| Scott Martinson | April 26, 2018 | Anderson Kill's New York office |
| Todd Hatton | May 1 and May 2, 2018 (if necessary) | COR's Omaha, Nebraska office and Scarinci & Hollenbeck's New York office (stipulated to take deposition by remote means) |

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100009072.3

Hon. Paul A. Engelmayer, U.S.D.J.
April 17, 2018
Page 2

| Deponents | Dates | Location |
|---|---|---|
| Amy Ausdemore | May 1 and May 2, 2018 (if necessary) | COR's Omaha, Nebraska office and Scarinci & Hollenbeck's New York office (stipulated to take deposition by remote means) |
| Roy DiMaria | May 3, 2018 | Scarinci & Hollenbeck's New York office |
| Carlos Salas | May 22, 2018 | Scarinci & Hollenbeck's New York office |
| Michael Scaplen | May 23, 2018 | Scarinci & Hollenbeck's New York office |

We are available if the Court has any questions regarding this matter or would like to speak with the parties.

Respectfully submitted,

SCARINCI & HOLLENBECK, LLC                ANDERSON KILL P.C.

By ____/s/ - with Permission____           By ____[signature]____
Paul A. Lieberman                          Christian V. Cangiano
3 Park Avenue, 15th Fl.                    1251 Avenue of the Americas
New York, NY 10016                         New York, NY 10020
Telephone:  (212) 286-0747                 Telephone:  (212) 278-1174
Facsimile:  (212) 808-4155                 Facsimile:  (212) 278-1733
E-mail: plieberman@sh-law.com              E-mail:  ccangiano@andersonkill.com

*Attorneys for First Standard Financial Company, LLC*        *Attorneys for COR Clearing, LLC*

docs-100009072.3