# ANDERSON KILL P.C.

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2018
```

*VIA ECF*

April 17, 2018

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court for the Southern District of NY
Thurgood Marshall United States Court
40 Foley Square - Court Room 1305
New York, NY 10007

      Re:    COR Clearing, LLC v. First Standard Financial Co., LLC
              Case No.: 17 CIV. 02190 (PAE)

Dear Judge Engelmayer:

      We are counsel for Plaintiff COR Clearing Corporation ("COR") and we write jointly with counsel for Defendant First Standard Financial Co., LLC ("First Standard") pursuant to the Court's April 12, 2018 Order (Dkt. #34) to confirm that we have collectively scheduled depositions in this matter. We also write to request that the Court grant a further small extension of the fact witness deposition deadline from May 14, 2018 to May 23, 2018. The parties request this brief extension due to conflicts with the trial schedule of counsel for First Standard, as well as other scheduling conflicts involving the Plaintiff's witnesses, which prevent the completion of fact witness depositions by May 14, 2018.

      Counsel for the parties have agreed to the following deposition schedule in order to meet the proposed deadline:

| Deponents | Dates | Location |
|---|---|---|
| Carmine Berardi | April 23, 2018 | Anderson Kill's New York office |
| Jonathan McCormack | April 24, 2018 | Anderson Kill's New York office |
| Andrew B. Dorman | April 25 and April 26, 2018 (if necessary) | Anderson Kill's New York office |
| Timothy Feil | April 25 and April 26, 2018 (if necessary) | Anderson Kill's New York office |
| Scott Martinson | April 26, 2018 | Anderson Kill's New York office |
| Todd Hatton | May 1 and May 2, 2018 (if necessary) | COR's Omaha, Nebraska office and Scarinci & Hollenbeck's New York office (stipulated to take deposition by remote means) |

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100009072.3

Hon. Paul A. Engelmayer, U.S.D.J.
April 17, 2018
Page 2

| Deponents | Dates | Location |
|---|---|---|
| Amy Ausdemore | May 1 and May 2, 2018 (if necessary) | COR's Omaha, Nebraska office and Scarinci & Hollenbeck's New York office (stipulated to take deposition by remote means) |
| Roy DiMaria | May 3, 2018 | Scarinci & Hollenbeck's New York office |
| Carlos Salas | May 22, 2018 | Scarinci & Hollenbeck's New York office |
| Michael Scaplen | May 23, 2018 | Scarinci & Hollenbeck's New York office |

We are available if the Court has any questions regarding this matter or would like to speak with the parties.

Respectfully submitted,

SCARINCI & HOLLENBECK, LLC        ANDERSON KILL P.C.

By  /s/ with Permission            By  _____
Paul A. Lieberman                      Christian V. Cangiano
3 Park Avenue, 15th Fl.                1251 Avenue of the Americas
New York, NY 10016                     New York, NY 10020
Telephone: (212) 286-0747              Telephone: (212) 278-1174
Facsimile: (212) 808-4155              Facsimile: (212) 278-1733
E-mail: plieberman@sh-law.com          E-mail: ccangiano@andersonkill.com

*Attorneys for First Standard Financial Company, LLC*

*Attorneys for COR Clearing, LLC*

4/19/18

Granted. The fact discovery deadline is extended to May 23, 2018. The Court appreciates the parties' cooperation.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

docs-100009072.3