UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COR CLEARING, LLC,<br><br>                    Plaintiff,<br><br>     -against-<br><br>FIRST STANDARD FINANCIAL CO., LLC,<br><br>                    Defendant. | Case No.: 1:17-cv-02190 (PAE) |

### NOTICE OF APPEARANCE OF COUNSEL

TO: THE CLERK OF THE COURT:

PLEASE enter the appearance of Christopher Paolino of Anderson Kill P.C., as counsel on behalf of Plaintiff COR CLEARING, LLC, in the above-captioned matter. The undersigned is in good standing with the Bar of the State of New York.

Dated:    New York, New York
             April 25, 2018

**ANDERSON KILL P.C.**

_____
Christopher Paolino, Esq. (CP1987)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 278-1000
Fax: (212) 278-1733
cpaolino@andersonkill.com

*Counsel for Plaintiff*