USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

COR CLEARING, LLC,

                   Plaintiff,

   -v-

FIRST STANDARD FINANCIAL CO., LLC,

                   Defendant.

------------------------------------------------------------------ X

17 Civ. 2190 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

    Due to a scheduling conflict, and upon the consent of the parties, the case management conference currently scheduled for August 20, 2018 is hereby adjourned to Tuesday, August 21, 2018 at 2:30 p.m.

    SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 15, 2018
       New York, New York