```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
COR CLEARING, LLC,

                    Plaintiff,

     -v-

FIRST STANDARD FINANCIAL CO., LLC,

                    Defendant.
------------------------------------------------------------------- X

17 Civ. 2190 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    On the record of today's conference, the Court set the following dates and deadlines:

- The joint pretrial order and any motions *in limine* are due October 22, 2018.[1]
- Any oppositions to the motions *in limine* are due October 29, 2018.
- A bench trial will begin in this matter on January 22, 2019.

SO ORDERED.

                                          *Paul A. Engelmayer*
                                          Paul A. Engelmayer
                                          United States District Judge

Dated: August 21, 2018
       New York, New York

---

[1] The parties are directed to review this Court's Individual Rules as to the required filings accompanying the joint pretrial order in non-jury cases.