UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

COR CLEARING, LLC

                      Plaintiff,        Case No. 17-CV-2190 (PAE)

      -against-

FIRST STANDARD FINANCIAL CO., LLC        **DECLARATION OF AMY AUSDEMORE**

                      Defendant.

------------------------------------------------------------------------x

      AMY AUSDEMORE hereby declares the following:

      1.     I make this Declaration at the request of Plaintiff COR Clearing, LLC ("COR"). I understand that COR will offer my Declaration in evidence at the trial of its claim against Defendant First Standard Financial Co., LLC ("First Standard") as my direct testimony in compliance with the Court's Rules, and that I may be subject to cross-examination by counsel for First Standard.

      2.     I am a Training Development Coordinator at COR Clearing, LLC ("COR") and have held that position since 2005. In my role as Training Development Coordinator, I train onboarding broker-dealers on how to use COR's systems and clearing platform and how to run their book of business thereon. As detailed below, I was involved in the conversion process in connection with First Standard.

      3.     This Declaration is made based upon my personal knowledge of the facts and circumstances set forth herein.

4. In anticipation of training onboarding of broker-dealers, I typically prepare a training plan for new broker-dealers towards the end of the conversion process, which is the process by which new firms integrates onto COR's clearing platform. I typically begin training new firms after they have completed the conversion process.

5. In preparation for my training, I coordinate with members of COR's Conversions Department and participate in certain aspects of the conversion process, such as attending internal weekly conversion status meetings and attending conference calls with the new firms. I was involved in the conversion process in connection with First Standard, and I attended meetings and conference calls related thereto, starting in December 2016.

6. In February 2017, I learned that First Standard's conversion was on hold and that First Standard was no longer going through with the conversion process. I was not able to complete my training program or begin training First Standard because it failed to cooperate with COR during the conversion process by putting the process on hold.

7. COR was prepared to finalize and effectuate the conversion process in connection with First Standard, but due to First Standard's lack of cooperation, COR was prevented from completing the process.

I declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the foregoing is true and correct. Executed at Omaha, NE on October 22, 2018.

_____
Amy Ausdemore