# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

Jeremy E. Deutsch, Esq.
jdeutsch@andersonkill.com
212-278-1172

***VIA ECF***

October 25, 2018

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court for the Southern District of NY
Thurgood Marshall United States Court
40 Foley Square, Court Room 1305
New York, NY 10007

Re: COR Clearing, LLC v. First Standard Financial Co., LLC
Case No.: 17 CIV. 02190 (PAE)

Dear Judge Engelmayer:

We are counsel for Plaintiff COR Clearing, LLC ("COR"). We write pursuant to the Court's Individual Rules and Practice, Rule 5.C.i., whereby COR was required to submit a list of declarants whom it intends to cross-examine based upon Defendant First Standard Financial Co., LLC's ("First Standard") submission of declarations constituting the direct testimony of proposed trial witnesses.

First Standard has not submitted any such declarations, and therefore, there are no declarants for COR to identify as witnesses that it intends to cross-examine. Should First Standard request an extension of time to submit witness declarations and should the Court grant such an extension (which it should not), then COR reserves the right to submit a list of all declarants whom it intends to cross-examine at trial.

We thank the Court for its attention to this matter, and we are available if the Court has any questions or would like to speak with the parties.

Respectfully submitted,

ANDERSON KILL PC

By: /s/ Jeremy E. Deutsch

Jeremy E. Deutsch
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1172
Facsimile: (212) 278-1733
E-mail: jdeutsch@andersonkill.com

*Attorneys for Plaintiff COR Clearing, LLC*

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100052164.2