# SCARINCI | HOLLENBECK
## ATTORNEYS AT LAW

New Jersey | New York | Washington, D.C.

**PAUL A. LIEBERMAN** | Partner
plieberman@sh-law.com
Phone: 732-568-8366

December 12, 2018

**VIA ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Court Room 1305
New York, NY 10007

Re: **COR Clearing LLC v. First Standard Financial Co., LLC**
**Case No.: 1:17-cv-02190 (PAE)**

Dear Judge Engelmayer:

We are counsel for Defendant First Standard Financial Co., LLC ("FSFC"). We write in response to Plaintiff COR Clearing, LLC's ("COR") request to schedule a conference and for a proposed judgment dated November 19, 2018, and your Order dated December 5, 20018 providing Defendant's counsel with the opportunity to file a reply by Thursday, December 13, 2018. On December 10, 2018 FSFC's counsel requested and COR's counsel consented to a one-week extension of time to comply with your Order, until December 20, 2018. Accordingly, I hereby request the Court modify its December 5th Order to change Defendant's reply date to December 20, 2018.

Respectfully submitted,

*/s/ Paul A. Lieberman*
Paul A. Lieberman

PAL/las
cc: Jeremy E. Deutsch, Esq. (via ECF)

12/13/18

The Court directs defendants to file a reply to Plaintiff's letter by Thursday, December 20, 2018.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

4838-0435-8018, v. 1

One River Centre, 331 Newman Springs Road
Building 3, Suite 310, Red Bank, NJ 07701-5692 Phone: 732-780-5590 Fax: 732-695-8108 www.sh-law.com