# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

Jeremy E. Deutsch, Esq.
jdeutsch@andersonkill.com
212-278-1172

**VIA ECF**

January 15, 2019

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Court
40 Foley Square, Court Room 1305
New York, NY  10007

Re:  COR Clearing, LLC v. First Standard Financial Co., LLC
     Case No.: 17 CIV. 02190 (PAE)

Dear Judge Engelmayer:

We are counsel for Plaintiff COR Clearing, LLC ("COR") and we write with further regard to the Final Pre-Trial Conference held before your Honor on January 10, 2019. As per the Court's instructions, we write to confirm that the parties have entered into, have executed, and have fully funded a settlement agreement. Plaintiff will shortly file a stipulation of discontinuance. Therefore, there is no need for the Court to enter the judgment that the Court was prepared to sign and enter as of January 16. We are prepared to file the executed settlement agreement under seal if the Court so directs.

We thank the Court for its courtesy and attention to this matter, and we are available if the Court has any questions or would like to speak with the parties.

Respectfully submitted,

ANDERSON KILL PC

By:  /s/ Jeremy E. Deutsch

Jeremy E. Deutsch
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1172
Facsimile: (212) 278-1733
E-mail:  jdeutsch@andersonkill.com

*Attorneys for Plaintiff COR Clearing, LLC*

cc:  Paul A. Lieberman, Esq. (via ECF)

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100086084.1