UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

COR CLEARING, LLC

                              Plaintiff,              Case No. 17-CV-2190 (PAE)

                -against-

FIRST STANDARD FINANCIAL CO., LLC

                              Defendant.

-------------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, that the above-captioned action shall be dismissed with prejudice as to the Defendant First Standard Financial Co., LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: January 15, 2019

**ANDERSON KILL P.C.**

By: _____
Jeremy E. Deutsch
Christian V. Cangiano
Christopher Paolino
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733
jdeutsch@andersonkill.com
ccangiano@andersonkill.com
cpaolino@andersonkill.com

*Attorneys for Plaintiff COR Clearing, LLC*

Dated: Jan 14, 2019

**SCARINCI HOLLENBECK, LLC**

By: _____
Paul A. Lieberman
3 Park Avenue, 15th Fl.
New York, NY 10016
Telephone: 212-286-0747
Facsimile: 212-808-4155
plieberman@sh-law.com

*Attorneys for Defendant First Standard Financial Co., LLC*

1